UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| TERRENCE COLLINS | CIVIL ACTION NO. |
| Plaintiff, | 303 CV 598 (JCH) |
| | MRK |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION (Amtrak) and MICHAEL COLANDREA | OCTOBER 3, 2003 |
| Defendants | |

## JOINT RULE 16 REPORT

The parties hereby submit the following report in connection with the above matter:

1) This action arises out of a the complaint of the plaintiff, Terrance Collins, who seeks money damages for personal injuries arising out of a motor vehicle collision allegedly caused by defendant, Michael Colandrea, who was operating a vehicle owned by the defendant, Amtrack. The intervening plaintiff, ACES, seeks to recover for workers' compensation benefits paid on behalf of the plaintiff.

2) This is an intersection accident and the parties dispute how the collision occurred. Both Mr. Collins and Mr. Colandrea each claim to have had a green light.

3) Standard interrogatories and requests for production have been served on the plaintiff and the defendants. The parties anticipate that they will need until November 30, 2003 to complete written discovery and until March 1, 2004 to complete depositions.

4) No dispositive motions are anticipated.

5) The only anticipated pleadings are the defendants' answer and special defenses to the

1

complaint and intervening complaint.

6) The case should be ready for trial by March 1, 2004. The parties anticipate one day for evidence.

7) No other additional preparation is required.

8-9) To date, the parties have discussed settlement. However, additional assistance from the court would be very beneficial. Thus, a settlement conference is requested.

THE PLAINTIFF,
TERRENCE COLLINS

BY: _____
Christopher J. Murray, Esq.
Ct. Bar #15237
BERSHTEIN, BERSHTEIN & BERSHTEIN, P.C.
1188 Dixwell Avenue, Hamden, CT 06514
(203) 624-5103  Juris No: 04150


All Defendants,
NATIONAL RAILROAD PASSENGER CORP.
(Amtrak) and Michael Colandrea

By: _____
Robert O. Hickey, Esq.
Ryan, Ryan Johnson & DeLuca, LLP.
P.O. Box 3057
Stamford, CT 06905
Ct. Bar #19555


Intervening Plaintiff,
"ACES"

By: _____
Attorney Kristen Falls
Letizia, Ambrose & Falls, P.C.
One Church Street
New Haven, CT 06510
Ct. Bar #16709

2