```
                                            FILED
                                        Oct 17  3 31 PM '03

              UNITED STATES DISTRICT COURT
                                       U.S. DISTRICT COURT
                                       NEW HAVEN, CONN.

                   DISTRICT OF CONNECTICUT
```

-------------------------------------------------X
TERRENCE COLLINS,                         :
                                          :
    Plaintiff,                            :   Case No. 3:03 CV 598 (MRK)
                                          :
V.                                        :
                                          :
NATIONAL RAILROAD PASSENGER               :
CORPORATION AND MICHAEL                   :
COLANDRES,                                :
                                          :
    Defendants.                           :   October 15, 2003
-------------------------------------------------X

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

1. Admitted.

2. As to the allegations contained in this paragraph of the plaintiff's complaint, the defendant has insufficient knowledge to form a belief as to the truth thereof, and therefore denies same and leaves the plaintiff to his proof.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7.-14.  Denied.

### First Affirmative Defense

If the plaintiff suffered the injuries and damages as alleged in his complaint, which is expressly denied, then said injuries and damages were caused by the plaintiff's own negligence in that he:

a. Failed to keep a proper lookout;

b. Failed to keep his vehicle under reasonable and proper control;

c. Failed to avoid the collision, although by a reasonable use of his faculties he could have and should have done so;

d. Operated his vehicle at an unreasonable rate of speed given regard for the traffic, weather, width, and use of the highways at that intersection in violation of Connecticut General Statutes § 14-218a; and

e. Failed to obey a red, overhead, traffic control signal in violation of C.G.S. § 14-299.

THE DEFENDANTS,
NATIONAL RAILROAD PASSENGER CORP.
AND MICHAEL COLANDREA

By: _____
Robert O. Hickey, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT  06905
Juris No. 52525
Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2003, a copy of the above was mailed to the following counsel and pro se parties of record:

Christopher J. Murray, Esq.
Bershtein, Bershtein & Bershtein, P.C.
1188 Dixwell Avenue
Hamden, CT 06514
Attorney for Plaintiff, Terrence Collins

Kristen Falls, Esq.
Letizia, Ambrose & Falls, P.C.
One Church Street
Fourth Floor
New Haven, CT 06510
Attorney for Intervening Plaintiff

_____
Robert O. Hickey, Esq.

I:\Procases\215.065\answer.wpd
215.065