UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 OCT 21  P 12: 25

| | |
|---|---|
| TERRENCE COLLINS | CIVIL ACTION NO.: |
| Plaintiff, | 303 CV 598 (JCH) |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION (Amtrak) and MICHAEL COLANDREA | |
| Defendants | OCTOBER 20, 2003 |

## INTERVENING PLAINTIFF'S REPLY TO AFFIRMATIVE DEFENSES

Intervening Plaintiff, ACES and Connecticut Healthcare Workers' Compensation Trust, hereby deny each and every affirmative defense filed by the Defendants, National Railroad Passenger Corporation and Michael Colandrea.

                            INTERVENING PLAINTIFF,
                            AREA COOPERATIVE EDUCATIONAL
                            SERVICES and CONNECTICUT HEALTHCARE
                            WORKERS' COMPENSATION TRUST

By: _[signature]_
Kristen Sotnik Falls, ct 16709
Letizia, Ambrose & Falls, P.C.
One Church Street
New Haven, CT 06510
(203) 787-7000

**ORAL ARGUMENT NOT REQUESTED**

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed this 20th day of October 2003, by first class mail, postage prepaid, to:

Joy A. Bershtein, Esq.
Bershtein, Bershtein & Bershtein, P.C.
1188 Dixwell Avenue
Hamden, CT 06514
(For the plaintiff)

Robert Hickey, Esq.
Ryan Ryan Johnson & DeLuca, LLP
P.O. Box 3057
Stamford, CT 06905
(On behalf of defendants National Railroad Passenger Corporation a/k/a Amtrak and Mr. Michael Colandrea)

_____
Kristen Sotnik Falls