10/02/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday November 6, 2003

4:30 p.m.

CASE NO.   3-03-cv-598 Collins v National RR Corp
-----------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Andrew A. Cohen | Letizia, Ambrose & Cohen, One Church St., New Haven, CT 203-787-7000 |
| Kristen Sotnik Falls | Letizia, Ambrose & Cohen, One Church St., New Haven, CT 203-787-7000 |
| Robert O. Hickey | Ryan, Ryan, Johnson & Deluca, 80 4Th St., Po Box 3057, Stamford, CT 203-357-9200 |
| Christopher J. Murray | Bershtein, Bershtein & Bershtein, 1188 Dixwell Ave., Hamden, CT 624-5103 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

STATUS CONFERENCE HELD

DATE: 11/6/03

15 min.