UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday November 20, 2003
4:30 p.m.

CASE NO. 3:03cv598 MRK    Collins v National Railroad Corp et al

Andrew A. Cohen
Letizia, Ambrose & Cohen
One Church St.
New Haven, CT 06510


Kristen Sotnik Falls
Letizia, Ambrose & Cohen
One Church St.
New Haven, CT 06510


Robert O. Hickey
Ryan, Ryan, Johnson & Deluca
80 4Th St., Po Box 3057
Stamford, CT 06905


Christopher J. Murray
Bershtein, Bershtein & Bershtein
1188 Dixwell Ave.
Hamden, CT 06514


*Cancelled / reported settled*

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK