FILED

2003 DEC -2 P 12: 10

US DISTRICT COURT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| TERRENCE COLLINS | CIVIL ACTION NO.: |
| Plaintiff, | 303 CV 598 (JCH) |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION (Amtrak) and MICHAEL COLANDREA | |
| Defendants | DECEMBER 1, 2003 |

## MOTION FOR WITHDRAWAL OF INTERVENING COMPLAINT

Area Cooperative Educational Services ("ACES") hereby respectfully moves to withdraw its Intervening Complaint, dated April 11, 2003, as settlement has been reached between the parties in this action.

INTERVENING PLAINTIFF,
AREA COOPERATIVE EDUCATIONAL
SERVICES and CONNECTICUT HEALTHCARE
WORKERS' COMPENSATION TRUST

By: _____
Kristen Sotnik Falls, ct 16709
Letizia, Ambrose & Falls, P.C.
One Church Street
New Haven, CT 06510
(203) 787-7000

**ORAL ARGUMENT NOT REQUESTED**

## ORDER

The foregoing Motion having been heard by the Court, is hereby

**ORDERED: SUSTAINED/OVERRULED.**

                                        BY THE COURT


JUDGE/CLERK                    _____

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this 1st day of December 2003, by first class mail, postage prepaid, to:

Joy A. Bershtein, Esq.
Bershtein, Bershtein & Bershtein, P.C.
1188 Dixwell Avenue
Hamden, CT 06514
(For the plaintiff)

Robert Hickey, Esq.
Ryan Ryan Johnson & DeLuca, LLP
P.O. Box 3057
Stamford, CT 06905
(On behalf of defendants National Railroad Passenger Corporation a/k/a Amtrak and Mr. Michael Colandrea)

_____
Kristen Sotnik Falls