## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

TERRENCE COLLINS,                          :
                                           :
_____          :
                          Plaintiff,       :
                                           :
v.                                         :        No.    3:03cv598 (MRK)
                                           :
NATIONAL RAILROAD PASSENGER                :
CORPORATION (Amtrak) and MICHAEL           :
COLANDREA                                  :
                                           :
                          Defendant.       :

### ORDER

The Motion For Withdrawal Of Intervening Complaint of Area Cooperative Educational

Services [doc. #25], dated December 1, 2003, is hereby **GRANTED** and the Intervening Complaint

is hereby voluntarily **DISMISSED** pursuant to Rule 41 of the Local Rules of Civil Procedure.


IT IS SO ORDERED.


/s/ _____Mark R. Kravitz_____
                    U.S.D.J.


Dated at New Haven, Connecticut: <u>December 19, 2003.</u>

1