

FILED
Jan 7  3 06 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

TERRENCE COLLINS,
    Plaintiff,

V.

NATIONAL RAILROAD PASSENGER
CORP. AND MICHAEL COLANDRES,
    Defendants.

CIVIL ACTION NO. 3:03 CV 598 (MRK)

December 12, 2003

## STIPULATION FOR DISMISSAL

The parties hereby stipulate to a dismissal of this action, with prejudice and without cost to any party.

THE DEFENDANTS,

By: _____
Robert O. Hickey, Esq., (ct 19555)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905

THE PLAINTIFF,

By: _____
Christopher J. Murray, Esq. (ct 15237)
Bershtein, Bershtein & Bershtein, P.C.
1188 Dixwell Avenue
Hamden, CT 06514

THE INTERVENING PLAINTIFF,

By: _____
Kristen Falls, Esq. (ct 16709)
Letizia, Ambrose & Falls, P.C.
One Church Street, Fourth Floor
New Haven, CT 06510

I:\Procases\215.065\stipula121203.wpd

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Christopher J. Murray, Esq.
Bershtein, Bershtein & Bershtein, P.C.
1188 Dixwell Avenue
Hamden, CT 06514
Attorney for Plaintiff, Terrence Collins

Kristen Falls, Esq.
Letizia, Ambrose & Falls, P.C.
One Church Street
Fourth Floor
New Haven, CT 06510
Attorney for Intervening Plaintiff

                                              Robert O. Hickey, Esq.