

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| TERRENCE COLLINS,<br>         Plaintiff, | :<br>: |
| V. | : CIVIL ACTION NO. 3:03 CV 598 (MRK)<br>: |
| NATIONAL RAILROAD PASSENGER<br>CORP. AND MICHAEL COLANDRES,<br>         Defendants. | :<br>:<br>: December 12, 2003 |

### STIPULATION FOR DISMISSAL

The parties hereby stipulate to a dismissal of this action, with prejudice and without cost to any party.

THE DEFENDANTS,

By: _____
Robert O. Hickey, Esq., (ct 19555)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905

THE PLAINTIFF,

By: _____
Christopher J. Murray, Esq. (ct 15237)
Bershtein, Bershtein & Bershtein, P.C.
1188 Dixwell Avenue
Hamden, CT 06514

THE INTERVENING PLAINTIFF,

By: _____
Kristen Falls, Esq. (ct 16709)
Letizia, Ambrose & Falls, P.C.
One Church Street, Fourth Floor
New Haven, CT 06510

GRANTED
Kevin F. Rowe, Clerk
By Deputy Clerk _____

FILED JAN 7 3 14 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

es\215.065\stipulat121203.wpd